(No. 2050— )

Guy F. Johnson, Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed March 13, 1934.*

R. Wallace Karraker, for claimant.

Otto Kerner, Attorney General; John Kasserman, Assistant Attorney General, for respondent.

Mr. Justice Yantis delivered the opinion of the court:

Claimant was employed with his mule in construction work on State Aid Route 7-14. While so working, the mule

was struck by a truck, operated by an employee of the State of Illinois, and died as a result of such injuries. An award is sought in the sum of One Hundred Fifty Dollars ($150.00).

The claim is based upon the negligence of the driver of the State truck. No government is liable for the negligence of its employees in the absence of a Statute making it liable for such negligence.

> *Minear* vs. *State Board of Agriculture,* 259 Ill. 549;
> *Braun* vs. *State,* 6 C. C. R. 104;
> *Sapp* vs. *State,* 7 C. C. R. 90.

Illinois has no such Statute.

If the loss complained of was caused by the negligence of the driver of the truck, claimant's remedy is against the driver and not against the State.

> *Cooney* vs. *Town of Hartland,* 95 Ill. 516.

The claim is denied and cause dismissed.